5 So.3d 793 (2009)
Paul CARRY, Jr. and Arthur Graham, Trustee of the Audiss 4225 Trust, Appellants,
v.
Charles STALLWORTH and Candy Stallworth, Appellees.
No. 1D09-0848.
District Court of Appeal of Florida, First District.
March 30, 2009.
Stephen M. Guttmann, Pensacola, for Appellants.
Heather F. Lindsay, Milton, for Appellees.
PER CURIAM.
DISMISSED. Wagner v. Bieley, Wagner & Assocs., Inc., 263 So.2d 1, 3 (Fla. 1972).
WOLF, KAHN, and BENTON, JJ., concur.